LANE ALTSCHULER, Respondent, v JOBMAN 478/480, LLC, Appellant.

Submitted June 20, 2016; decided September 13, 2016

Motion by Rent Stabilization Association of New York City, Inc., et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the proposed brief is accepted as filed.

In the Matter of the Claim of LINDA ARMBRUSTER, Respondent. SUMMIT HEALTH, INC., Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted June 13, 2016; decided September 13, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

PHILLIP GOOTEE, Respondent, v GLOBAL CREDIT SERVICES, LLC, Appellant.

Decided September 13, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DOUGLAS E. JOHNSON, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Decided September 13, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.